SUPERIOR COURT OF NEW JERSEY
UNION COUNTY-LAW DIVISION

DOCKET NO. ___L.514-13___

**FILED**

SEP 11 2014

HON. ALAN G. LESNEWICH, J.S.C.

N. Izbastin
_____
_____
_____
_____

VS

Global Auto Inc.
_____
_____
_____

CIVIL ACTION
ORDER OF
DISMISSAL/DISPOSITION

It is on this 11th day of September, 20 14, ORDERED that this matter is hereby dismissed/disposed due to the following:

| | | | | |
|---|---|---|---|---|
| ✓ | 05 Tried to Comp. w/jury | | 23 | Settled before trial date assigned |
| __ | 07 Tried to comp. w/o jury | | 04 | Partially tried |
| __ | 08 Default | | 24 | Settled after TD but before trial w/o aid of Court |
| __ | 09 Summary Judgment | | | |
| __ | 10 Dismissed w/Prejudice | | 24 | Settled after TD assigned but before trial with aid of Court |
| __ | 11 Dismissed Rule 1:13 | | | |
| __ | 12 Dismissed w/o Prejudice | | 24 | Settled on TD but before trial commences w/o aid of Court |
| __ | 14 Transfer to another County | | | |
| __ | 15 Transfer to another Court | | 24 | Settled on TD but before trial commences with aid of Court |
| __ | 18 Reinstated | | | |
| __ | 45 Inactivated | | 25 | Settled while scheduled for Arbitration |
| __ | 29 Settled by Conference w/Judge | | 26 | Settled while scheduled for other CDR |
| __ | 27 Settled Friendly Hearing Comp. | | 28 | Settled by other CDR |
| __ | 82 Default Judgment-Prf. hrg. comp. | | 17 | Settled by Statutory ARB/50 day dismissal |

__ Plaintiff Attorney failed to appear. Dismissed by Court.
__ Plaintiff failed to appear. Dismissed by Court.
__ Defendant failed to appear. Strike defendants pleadings. Defenses are supressed.
__ Plaintiff and defendant failed to appear. Dismissed by Court.
__ It is further ORDERED that the plaintiff/defendant shall serve a copy of this ORDER on the plaintiff/defendant within 10 days of the above date.

COMMENTS  JURY AWARDS = ($ 39,420.00) WHICH IS TREBLED BY
THE COURT PURSUANT TO N.J.S.A. 56:8-19 RESULTING
IN A VERDICT = $ 118,260.00 AGAINST GLOBAL AUTO, INC.,
SERGEY KAPUSTIN AND VLADIMIR SREW JOINTLY AND
SEVERALLY

Attorneys are to sign on lines provided below:

_____ for  Plaintiff          _____ for _____
_____ for  defendant          _____ for _____

cc:  all counsel